**Motion Granted; Order filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-22-00066-CR

———————————

**ROBERT ALEXANDER TUFT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1654569**

---

### ORDER

The reporter's record in this case was due **April 1, 2022**. *See* Tex. R. App. P. 35.1. This court has granted the reporter four extensions of time to file the record, until August 1, 2022. On August 2, 2022, the court reporter filed a request for an extension of time until August 9, 2022. The motion is granted with the following order.

We order Abbey Coronado, the court reporter, to file the record in this appeal **within five days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Abbey Coronado does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Chief Justices Christopher and Justices Wise and Hassan.